425 A.2d 832

Commonwealth v. Williams, Appellant.

Submitted June 29, 1979. Walter M. Phillips, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, STRANAHAN and SUGERMAN, JJ.**

The judgment of sentence of the lower court is hereby affirmed.